IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civil Action No: 1-05-1262-T An |
| ) | |
| NEW WORLD CORPORATION, ) ) | |
| Defendant. ) | |

### STIPULATION AND ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel below, that this case should be dismissed on the merits and with prejudice to the refiling of same, it is so ORDERED.

Each party shall bear its own costs of this litigation.

ENTERED this 6th day of December, 2005.

_____
U.S. DISTRICT JUDGE JAMES D. TODD

PI West TN Business College Stip Order Dismiss 051114   This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/9/05

**APPROVED FOR ENTRY:**

_____
**GARY A. BREWER**
Registration No. 4678
Attorney for Plaintiff

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787


_____
**W. PAUL WHITT**
Registration No. 024793
Attorney for New World Corporation

**RAINEY, KIZER, REVIERE & BELL PLC**
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01262 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

William Paul Whitt
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Gary A. Brewer
BREWER KRAUSE & BROOKS
611 Commerce Street
Ste. 2600, The Tower
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT